# DISTRICT OF COLUMBIA COURT OF APPEALS

---

| | | | | |
|---|---|---|---|---|
| Behbehani v. Borland . . . . . . . | 15–FM– 1117+ | 04/28/2017 | Affirmed, in part; reversed in part; remanded in part | Krauthamer (Motions) |
| Ward v. U.S. . . . . . . . . . . . . . . | 16–CO–241 | 04/28/2017 | Affirmed | Morin |
| Brown v. Does . . . . . . . . . . . . | 14–AA–225 | 04/27/2017 | Affirmed | Compensation Review Board |
| Kearney v. U.S. . . . . . . . . . . . | 16–CO–254 | 04/27/2017 | Affirmed | Motley |
| Koehling v. Taylor . . . . . . . . . | 16–FM–366 | 04/27/2017 | Affirmed in part; remanded in part | Nash |
| K.M., In re . . . . . . . . . . . . . . . | 15–FS–1417 | 04/25/2017 | Affirmed | Albert (Magistrate) |
| Burrell v. U.S. . . . . . . . . . . . . | 16–CM–213 | 04/24/2017 | Affirmed | Burgess (Motions) |
| Rovinson v. U.S. . . . . . . . . . . | 15–CM–1151 | 04/20/2017 | Affirmed | Saddler |
| Sharp v. U.S. . . . . . . . . . . . . . | 15–CM–510+ | 04/20/2017 | Affirmed | Jackson |
| Amiri v. Adereni . . . . . . . . . . | 15–CV–814+ | 04/20/2017 | Affirmed | Beck; Motley; Ross; Campbell; Nash; Wellner |
| Johnson v. Does . . . . . . . . . . | 16–AA–166 | 04/20/2017 | Affirmed | Compensation Review Board |
| 1101 K Street, NW Acquisitions LLC v. DC Board of Zoning Adjustment . . . . . . . | 15–AA–1135 | 04/13/2017 | Vacated and remanded | D.C. Board of Zoning |